UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYBUKE BORA,<br><br>                                        Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER; FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                                        Respondents. | Case No.: 3:26-cv-3115-JES-DEB<br><br>**ORDER:**<br><br>**(1) REQUIRING A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) SETTING BRIEFING SCHEDULE; AND**<br><br>**(3) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Aybuke Bora's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner has now paid the filing fee. ECF No. 5. Respondent is hereby **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a written Response by **June 16, 2026**. Petitioner **MAY FILE** an optional Traverse in support of the Petition by **June 23, 2026**.

1

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from the United States or this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at \*2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (finding that federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at \*3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge