# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYBUKE BORA,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN, OTAY MESA DETENTION CENTER; et al.,<br><br>          Respondents. | Case No.: 26-cv-3115-JES-DEB<br><br>**ORDER GRANTING RESPONDENTS' EX PARTE MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>**[ECF No. 7]** |

Having considered Respondents' motion, and finding the motion meritorious, the Court **GRANTS** the motion and **ORDERS** that Respondents shall file a response by **June 18, 2026**, and Petitioner may file an optional traverse by **June 25, 2026**.

**IT IS SO ORDERED.**

Dated:  June 16, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge